ROLAND R. CONKLIN, Appellant, *v.* UNITED CONSTRUCTION AND SUPPLY COMPANY et al., Respondents.

*Conklin* v. *United Constr. & Supply Co.*, 166 App. Div. 284, affirmed.

(Argued June 7, 1916; decided October 17, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the cancellation of certain capital stock of the defendant United Construction and Supply Company, issued to Samuel M. Jarvis, originally a defendant; for an accounting between the plaintiff and the defendant corporation and to compel said Jarvis to account to it for dividends received by him; to impress a trust on certain sums of money and securities received by Jarvis from the defendant company and for an accounting between the plaintiff and said Jarvis.

*Nathan L. Miller* for appellant.

*Edward E. McCall, Henry Wollman* and *William J. Patterson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ. Not voting: WILLARD BARTLETT, Ch. J.